UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-23317-CIV-HUCK

JOHN DOE,

    *Plaintiff,*

v.

CARNIVAL CORPORATION D/B/A
CARNIVL CRUISE LINES,

    *Defendant.*
_____/

## MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **January 07, 2010 @ 10:00 A.M.**

✓    AN AGREEMENT WAS REACHED.

_____    The Agreement is attached with consent of the parties.

_____    NO AGREEMENT WAS REACHED; IMPASSE.

_____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/10, than this matter shall be deemed at an impasse.

_____    Other: _____
_____
_____

*/s/ Laura Bonn*
Laura Bonn, Esq., Florida Bar No. 0244759