UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-23317-CIV-HUCK

JOHN DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff, JOHN DOE, and the Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, INC., hereby notify the court that all claims and causes of action between or among the parties have been amicably resolved. Plaintiff requests the Court retain jurisdiction for the purpose of enforcing settlement or to make an equitable distribution of the settlement proceeds.

BY:   */s/ Paul M. Hoffman, Esq.*
HOFFMAN LAW FIRM
2888 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Telephone:  (954) 563-8111
Fax:  (954) 563-8171
Email: pmh@PaulMHoffmanlaw.com
Florida Bar No. 0279897

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, I electronically filled the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

BY:  /s/Paul M. Hoffman, P.A.
HOFFMAN LAW FIRM
2888 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Telephone:  (954) 563-8111
Fax:  (954) 563-8171
Email: pmh@PaulMHoffmanlaw.com
Florida Bar No. 0279897

## SERVICE LIST

Suzanne Brown Vazquez, Esq.
Carnival Cruise Lines
Carnival Place
3655 NW 87th Ave
Miami, FL 33178
Tel: 305-406-6628
Fax: 305-406-4732
Email: svazquez@carnival.com