UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23317-CIV-HUCK/O'SULLIVAN

JOHN DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/



## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Settlement (D.E. # 15), filed January 10, 2011. Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice. The Court retains jurisdiction for the purpose of enforcing settlement or ensuring an equitable distribution of the settlement proceeds. The clerk shall CLOSE the case.

DONE and ORDERED in Chambers at Miami, Florida, January 11, 2011.

                                                        Paul C. Huck
                                                        United States District Judge

Copies furnished to:
Counsel of Record