UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23317-CIV-HUCK

BENJAMIN MCCRIGHT

      Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

      Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Florida Rules of Civil Procedure, the parties hereby notify the Court of settlement.

**IT IS STIPULATED** by and between the Plaintiff, BENJAMIN MCCRIGHT, and Defendant,

CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, a Panama corporation, that all the

claims and causes of action between or among the parties have been amicably resolved, and that all the

claims and causes of action between or among the above parties are hereby dismissed with prejudice,

each party to bear its own costs and fees.

DATED this 13th day of January, 2011.

PAUL M. HOFFMAN, ESQ.
LAW OFFICES OF PAUL M. HOFFMAN
Attorney for Plaintiff
2888 East Oakland Park Blvd.
Ft. Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171

By: _____
      PAUL M. HOFFMAN, ESQ.
      FL BAR NO. 0279897

SUZANNE B. VAZQUEZ, ESQ.
CARNIVAL CRUISE LINES
Attorney for Defendant
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
Telephone: (305) 406-5054
Facsimile: (305) 406-4732

By: _____
      SUZANNE B. VAZQUEZ, ESQ.
      FL BAR NO. 132489